IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50680
USDC No. W-94-CV-176
_____


LEON ANTHONY BENJAMIN,

                                        Plaintiff-Appellant,

versus

RICHARD L. ADAMS ET AL.,

                                        Defendants,

RICHARD L. ADAMS, CO III Officer;
JAMES AMENT, Officer,

                                        Defendants-Appellees.



- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
- - - - - - - - - -
December 14, 1995
Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Leon Anthony Benjamin requests leave to proceed in forma pauperis (IFP) on appeal from the district court's dismissal under 28 U.S.C. § 1915(d) of this civil rights action alleging retaliation by prison officials and the denial of due process regarding prison classification and disciplinary hearings.

---

[*]     Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.

This appeal presents no issue of arguable merit and is thus frivolous. Therefore, IFP is DENIED. Because the appeal is frivolous, it is DISMISSED. See 5th Cir. R. 42.2.

Benjamin previously has been warned by this court that he may be sanctioned for filing further frivolous pleadings. Accordingly, Benjamin is barred from filing any pro se, in forma pauperis, civil appeals in this court or any pro se, in forma pauperis, initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court or of this court; the clerk of this court and the clerks of all federal district courts in this circuit are directed to return to Benjamin, unfiled, any attempted submission inconsistent with this bar.

IFP DENIED; APPEAL DISMISSED; SANCTIONS IMPOSED.